Page 1

1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF IOWA
3                 EASTERN DIVISION
4
5   BRADLEY A. ANDERSON,        )
                                )
6         Plaintiff,            )
                                )
7   vs.                         )   No. 3:22-cv-12
                                )
8   BNSF RAILWAY COMPANY,       )
    a Delaware corporation,     )
9                               )
          Defendant.            )
10
11
12
13
14
15
16    VIDEO-RECORDED DEPOSITION OF KEVIN JEFFRIES, MD
17            TAKEN ON BEHALF OF THE DEFENDANT
18                    MAY 24, 2023
19
20
21
22
23
24
25     Job No. CS5927041

Page 2

```
 1            I N D E X
 2            WITNESSES
 3  ALL WITNESSES                        PAGE
 4  For Defendant
 5   KEVIN JEFFRIES, MD
 6     Examination by Mr. Hedrick          6
        Examination by Ms. Johnson        55
 7     Re-Examination by Mr. Hedrick      66
        Re-Examination by Ms. Johnson     68
 8
 9
10              EXHIBITS
11  NO.          DESCRIPTION             PAGE
12  Exhibit 1  Notice of Deposition        9
13  Exhibit 2  CV of Dr. Kevin Jeffries    9
14  Exhibit 3  Hammond-Henry Hospital
              Group medical records      10
15
    Exhibit 4  Hammond-Henry Regional
16            Health records             68
17
18
19
20  (Exhibits 1, 3 & 4 attached to transcript.)
21
22
23
24
25
```

Page 4

```
 1  APPEARANCES
 2  FOR THE PLAINTIFF:
 3      HUNEGS, LeNEAVE & KVAS, P.A.
 4      1000 Twelve Oaks Center Drive, Suite 101
 5      Minneapolis, Minnesota  55391
 6   by:  Ms. Isabel Johnson
 7        Mr. Pat Curto
 8      ijohnson@hlklaw.com
 9
10  FOR THE DEFENDANT:
11      KNIGHT NICASTRO MACKAY, LLC
12      200 West Adams, Suite 2445
13      Chicago, Illinois  60606
14      (312) 690-4778
15   by:  Mr. Mitchell P. Hedrick
16      hedrick@knightnicastro.com
17
18  COURT REPORTER:
19      TARA SCHWAKE, CRR, RPR, CCR, CSR
20      MARK DREYER, Videographer
21
22
23
24
25
```

Page 3

```
 1        .oOo.
 2
 3      VIDEO-RECORDED DEPOSITION OF WITNESS,
 4  KEVIN JEFFRIES, MD, produced, sworn and examined on
 5  the 24th day of May, 2023, via Veritext Virtual
 6  Videoconference, before Tara Schwake, a Registered
 7  Professional Reporter, Certified Realtime Reporter,
 8  Certified Shorthand Reporter (IL), Certified Court
 9  Reporter (MO), and Notary Public within and for the
10  State of Missouri.
```

Page 5

```
 1       IT IS HEREBY STIPULATED AND AGREED by
 2  and between Counsel for Plaintiff and Counsel for
 3  Defendant that this deposition may be taken by Tara
 4  Schwake, Notary Public and Certified Realtime
 5  Reporter, thereafter transcribed into typewriting,
 6  with the signature of the witness being expressly
 7  waived.
 8     (Deposition commenced at 9:05 AM CDT.)
 9       THE VIDEOGRAPHER:  Good morning.  We
10  are going on the record.  Today's date is May 24,
11  2023.  The time is approximately 9:05 AM Central
12  Time.
13       This is media unit one in the
14  video-recorded deposition of Kevin Jeffries, MD,
15  taken in the matter Anderson versus BNSF Railway
16  Company, filed in the United States District Court
17  for the Southern District of Iowa, Case Number
18  3:22-cv-12.
19       My name is Mark Dreyer representing
20  Veritext, I am the videographer.  Our court
21  reporter today is Tara Schwake with Veritext.
22       At this time will the attorneys
23  present please introduce themselves, after which
24  our court reporter will swear in the witness and we
25  can proceed.
```

Page 54

1  Q  Is that a diagnosis that you
2 provided? Or was that a diagnosis from another
3 specialist that you reviewed and agreed with?
4  A  I don't recall.
5  Q  Okay. From what you can tell in this
6 record, did you test for or assess any conditions
7 that would lead you to believe he had
8 post-concussion syndrome?
9  A  No.
10  Q  Okay. Do you have any opinion as to
11 what caused the post-concussion syndrome noted in
12 this record?
13      MS. JOHNSON: Object to form.
14  A  No.
15  Q  (BY MR. HEDRICK) Okay. All right,
16 Doc. Have you seen Bradley Anderson for treatment
17 since April 28 of 2022?
18  A  I don't recall.
19  Q  And to your knowledge, do you have
20 any planned treatment with Mr. Anderson in the near
21 future before August of this year?
22  A  Not that I'm aware of.
23      MR. HEDRICK: Okay. All right. I
24 think those are all the questions that I have for
25 you. Thank you very much for your time today.

Page 55

1      THE WITNESS: Mm-hmm.
2      MS. JOHNSON: I have a few questions
3 but do you mind if we take five minutes?
4      MR. HEDRICK: Yeah, that's fine.
5      MS. JOHNSON: Okay. Thank you.
6 Reconvene at 10:15?
7      MR. HEDRICK: Yeah.
8      THE VIDEOGRAPHER: Off the record,
9 10:08.
10      (Off the record.)
11      THE VIDEOGRAPHER: We're back on the
12 record 10:15 AM, media number two.
13           EXAMINATION
14 QUESTIONS BY MS. JOHNSON:
15  Q  Good morning, Dr. Jeffries. Again,
16 I'm Isabel Johnson, I'm one of the attorneys
17 representing Brad Anderson.
18  A  Good morning.
19  Q  I just have a few clarifying
20 questions for you, it shouldn't take long. Based
21 on your education and your training, what are the
22 signs and symptoms of a concussion?
23  A  Headache, nausea, vomiting,
24 difficulty concentrating, dizziness.
25  Q  And is a concussion synonymous with a

Page 56

1 traumatic brain injury?
2      MR. HEDRICK: Object to form.
3  Q  (BY MS. JOHNSON) Based on your
4 education and experience?
5  A  Yes.
6  Q  Okay. So if I refer to his injury as
7 a traumatic brain injury, or TBI, that would be
8 synonymous with a concussion?
9      MR. HEDRICK: Object to form.
10  A  Yes.
11  Q  (BY MS. JOHNSON) Okay. I'm going to
12 show you a record you've previously looked at, and
13 share my screen here.
14      MS. JOHNSON: Mitch, I don't -- I'm
15 using BNSF's records, if that's okay. I think you
16 used some of BNSF's and some of Plaintiff's?
17      MR. HEDRICK: I did. I used
18 BNSF_Anderson 3168 through -- or I'm sorry, 3165
19 through 3171.
20      MS. JOHNSON: Did you mark them as
21 different exhibits or the same?
22      MR. HEDRICK: I did not, so I'll go
23 ahead and, after you're done, I'll clean that up.
24      MS. JOHNSON: Okay. I'm happy to
25 assist in that too.

Page 57

1      MR. HEDRICK: Okay.
2      MS. JOHNSON: Okay. Is it possible
3 if I could share my screen? The Host has me
4 disabled.
5      THE VIDEOGRAPHER: Now try it.
6      MS. JOHNSON: Awesome, thank you.
7  Q  (BY MS. JOHNSON) Okay. Dr.
8 Jeffries, can you see my screen?
9  A  Yes.
10  Q  Okay. And this says, you looked at
11 this previously, March 26, 2019; is that correct?
12  A  Yes.
13  Q  Okay. And this is just a few days
14 after Mr. Anderson was injured on the job. Is that
15 correct?
16  A  Yes.
17  Q  Okay. I'm going to scroll down, this
18 is BNSF_Anderson 003204. Now I'm on 05 -- let's
19 see. Okay. And I'm going to -- I'm going to
20 History of Present Illness.
21      Why is it important for you, as a
22 physician, to learn about his history?
23  A  The mechanism of the injury has a
24 factor in, oftentimes, the diagnosis and the workup
25 required.

Veritext Legal Solutions
800-567-8658                                                                                          973-410-4098