IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| BRADLEY A. ANDERSON, | ) | **CIVIL NO. 3:22-CV-00012-RGE-SBJ** |
| *Plaintiff,* | ) | |
| v. | ) | |
| BNSF RAILWAY COMPANY, | ) | **JOINT STATUS REPORT** |
| *Defendant.* | ) | |

**COME NOW**, the parties to the above captioned matter, and respectfully notify the Court that the parties have reached an agreement in principle, the terms of which are confidential, which will result in a Stipulated Dismissal of all issues before the Court, including resolution of both the underlying FELA lawsuit and sanctions-related expenses. The parties do not intend for this matter to proceed to trial on August 21, 2023. Instead, the parties intend to file a Stipulated Dismissal pursuant to Rule 41(a)(1)(A)(ii) as soon as practicable. The parties respectfully request that the parties be afforded 30 days to finalize the terms of their confidential agreement and to file said Dismissal. Accordingly, the parties respectfully request that the Court vacate all remaining deadlines and remove this matter from the Court's trial docket.

| | |
|---|---|
| */s/ Thomas Fuller* | */s/ R. Todd Gaffney* |
| Cortney LeNeave | R. Todd Gaffney, AT0002657 |
| Thomas Fuller | Joseph F. Moser, AT0011413 |
| Isabel Johnson | Erik P. Bergeland, AT0009887 |
| HUNEGS, LeNEAVE & KVAS, P.A. | FINLEY LAW FIRM, P.C. |
| 1000 Twelve Oaks Center Dr., Suite 101 | 699 Walnut Street, Suite 1700 |
| Minneapolis, MN  55391 | Des Moines, IA  50309 |
| Telephone: (612) 339-4511 | Telephone: (515) 288-0145 |
| Fax: (612) 339-5150 | Fax: (515) 288-2724 |
| E-Mail: cleaneave@hlklaw.com | E-Mail: tgaffney@finleylaw.com |
| tfuller@hlklaw.com | jmoser@finleylaw.com |

|  |  |
|---|---|
| ijohnson@hlklaw.com | ebergeland@finleylaw.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action, by serving a copy upon each of the attorneys or individuals listed as receiving notice on August 7, 2023, by CM/ECF.

*Attorneys for Plaintiff*

Kent A. Gummert
LEDERER WESTON CRAIG, PLC
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Telephone:	(515) 224-3911
Fax:	(515) 224-2698
E-Mail:	kgummert@lwclawyers.com

*Attorneys for Defendant*

Richard M. Tomich
KNIGHT NICASTRO MACKAY, LLC
200 West Adams, Suite 2445
Chicago, IL  60606
Telephone:	(312) 690-4778
Fax:	(816) 396-6233
E-Mail:	tomich@knightnicastro.com

and

Mitchell R. Kunert
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309
Telephone:	(515) 283-3189
Fax:	(515) 283-8045
E-Mail:	mrkunert@nyemaster.com

   */s/ Joseph F. Moser*