IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| BRADLEY A. ANDERSON, | ) | **CIVIL NO. 3:22-CV-00012-RGE-SBJ** |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | **JOINT STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| *Defendant*. | ) | |

**COME NOW**, the parties to the above captioned matter, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims and all issues, including the underlying FELA lawsuit and sanctions-related expenses, against all parties in the above captioned lawsuit, with prejudice, with each of the parties to bear their own costs, fees, and expenses.


| | |
|---|---|
| */s/ Thomas Fuller* | */s/ Joseph F. Moser* |
| Cortney LeNeave | R. Todd Gaffney, AT0002657 |
| Thomas Fuller | Joseph F. Moser, AT0011413 |
| Isabel Johnson | Erik P. Bergeland, AT0009887 |
| HUNEGS, LeNEAVE & KVAS, P.A. | FINLEY LAW FIRM, P.C. |
| 1000 Twelve Oaks Center Dr., Suite 101 | 699 Walnut Street, Suite 1700 |
| Minneapolis, MN  55391 | Des Moines, IA  50309 |
| Telephone:    (612) 339-4511 | Telephone:    (515) 288-0145 |
| Fax:             (612) 339-5150 | Fax:             (515) 288-2724 |
| E-Mail:         cleaneave@hlklaw.com | E-Mail:         tgaffney@finleylaw.com |
|                     tfuller@hlklaw.com |                     jmoser@finleylaw.com |
|                     ijohnson@hlklaw.com |                     ebergeland@finleylaw.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## Certificate of Service

The undersigned certifies that the foregoing instrument was served upon the parties to this action, by serving a copy upon each of the attorneys or individuals listed as receiving notice on August 30, 2023, by CM/ECF.

| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| Kent A. Gummert<br>LEDERER WESTON CRAIG, PLC<br>4401 Westown Parkway, Suite 212<br>West Des Moines, IA  50266<br>Telephone:	(515) 224-3911<br>Fax:	(515) 224-2698<br>E-Mail:	kgummert@lwclawyers.com | Richard M. Tomich<br>KNIGHT NICASTRO MACKAY,LLC<br>200 West Adams, Suite 2445<br>Chicago, IL  60606<br>Telephone:	(312) 690-4778<br>Fax:	(816) 396-6233<br>E-Mail:	tomich@knightnicastro.com<br><br>and<br><br>Mitchell R. Kunert<br>NYEMASTER GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309<br>Telephone:	(515) 283-3189<br>Fax:	(515) 283-8045<br>E-Mail:	mrkunert@nyemaster.com |

   /s/ Joseph F. Moser